**CV 18-6793**

**ORIGINAL**

COGAN, J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 28 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Joseph Petty IV
_____
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ____

-against-

LAUREN PARSON
SCOTT DAVIS
RUSSELL ROTHBERG
CAROL SEIGAL
RICHARD BROWN
RICHARD BUCHTER
V.C.B.C.
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  Joseph Petty IV

If you are incarcerated, provide the name of the facility and address:

VERNON C. BAIN Center
1 Halleck St Bronx N.Y. 10474

Prisoner ID Number: 0849392HZ

if you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

B. List all defendants. You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Carol Seigal esq

Job Title: Attorney At law

Address: UnAuthorized Attorney
Queen Law Associates

Defendant No. 2

Full Name: Scott Davis esq.

Job Title: UnAuthorized Attorney

Address:

Defendant No. 3

Full Name: Russell Rothberg esq

Job Title: Attorney At Law

UnAuthorized legal ADivsor

Address: 273 MERRICK ROAD, LYNBROOK, NY. 11563

**Defendant No. 4**
Full Name: RICHARD BROWN
Job Title: District Attorney
Address: 125-01 Queens Boulevard, K. Gardens, NY. 11415

**Defendant No. 5**
Full Name: LAUREN PARSON
Job Title: Assistant District Attorney
NOT REAL PLAINTIFF IN INTEREST.
Address: 125-01 Queens Boulevard, K. Gardens, NY. 11415

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? IN CUSTODY

When did the events happen? (include approximate time and date) 5/1/18 - 5/11/18 - 6/15/18 - 6/18/18  7/13/18  7/27/18  9/14/18  9/28/18  10/11/18  10/25/18  11/29/18

Facts: (what happened?) Under Title [18 USCS § 1202, 1203 HOSTAGE TAKING: May 1-2018 undersigned was seizes and detained threatened to injury, to continue to detain in order to compel a third person or a governmental org. to do or abstain from doing any act as an explicit or implicit condition for release. All of my Common Law Rights has and is currently being violationed. I will be exercising my Constitution of the State of New York § 11 [Equal protection of laws; discrimination in civil rights prohibited] and my USC Amendment § 11. Four years and 6 months I haven't been confronted by my Accusser and I stand Accused. I don't understand the charges. IGNORANCE OF THE LAW IS NO EXCUSE. Let right be done though the heavens should fall.

II.A. Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Loss of work, home, appetite, and loss of relationship with members of family. I'm seeing a therapist.

III.  Relief: State what relief you are seeking if you prevail on your complaint.

I'M seeking unification with family Employment, Home, etc.

I declare under penalty of perjury that on **Oct 17, 2018**, I delivered this
(date)
complaint to prison authorities at **Y.C.B.C** to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11·16·18

_Joseph Petty JV_ /All Rights Reserved/
Signature of Plaintiff

**V.C.B.C.**
Name of Prison Facility or Address if not incarcerated

1 Halleck St Bronx N.Y. 10474
Address

08A9392472 / 4411802943
Prisoner ID#

rev. 12/1/2015